IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| TEMPERATSURE HOLDINGS, LLC, A Delaware limited liability company, | § § § | |
| Defendant/Counterclaim Plaintiff/ Third Party Plaintiff-Below/ Appellant, | § § § § | |
| | § | No. 180, 2020 |
| v. | § § | |
| B&C HOLDINGS, INC., a Colorado corporation, | § § § | Court Below:  Superior Court of the State of Delaware |
| Plaintiff/Counterclaim Defendant-Below/Appellee, | § § | C.A. No. N19C-02-105 AML CCLD |
| and | § § | |
| CHRISTOPHER SMITH, | § § | |
| Third Party Defendant-Below/ Appellee. | § § | |

Submitted:  January 27, 2021
Decided:  February 15, 2021

Before **VALIHURA**, **VAUGHN**, and **MONTGOMERY-REEVES**, Justices.

# **O R D E R**

This 15th day of February, 2021, having considered this matter on the briefs and the oral arguments of the parties and the record below, and having concluded that the same should be affirmed on the basis of and for the reasons assigned by the Superior Court in its Final Order Concerning Cross-Motions for Summary Judgment dated May 6, 2020, its Memorandum Opinion dated April 22, 2020, and its Bench Ruling on Defendant's Motion to Dismiss or, in the Alternative, to Stay the Verified Complaint dated April 18, 2019;

NOW, THEREFORE, IT IS ORDERED that the decisions of the Superior Court be, and the same hereby are, AFFIRMED.


/s/ Karen L. Valihura
Justice